IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| MICHELLE RAY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 4:20cv177 (RCY) |
| | ) | |
| FAMILY PRESERVATION | ) | |
| SERVICES, INC., *et al.*, | ) | |
|     Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 13), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon review of the Stipulation of Dismissal, the Court hereby ORDERS that Defendants Pathways by Molina, Inc., d/b/a Family Preservation Services, Inc. and Pathways Health and Community Support, LLC are DISMISSED WITH PREJUDICE. This action shall continue with respect to Defendant Family Preservation Services, LLC that was incorrectly named in the Complaint as Family Preservation Services, Inc.[1]

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

Richmond, Virginia
Date: March 31, 2021

/s/ *Roderick C. Young signature*
Roderick C. Young
United States District Judge

---

[1] The parties state that a "proposed First Amended Complaint will be submitted in the near future, by agreement" that will fix this error. (ECF No. 13.)