IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| MICHELLE RAY,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No.  4:20cv177 (RCY) |
| FAMILY PRESERVATION<br>SERVICES, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>) | |

**ORDER**

This matter is before the Court on the Clerk's Notice (ECF No. 22) filed on July 20, 2021. The Court was notified that this action has been settled. Pursuant to the Clerk's Notice, the parties had eleven (11) days to submit an appropriate stipulation of dismissal or dismissal motion, or the matter would be dismissed agreed with prejudice. The eleven-day period having expired and no stipulation of dismissal or dismissal motion having been filed, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/
Roderick C. Young
United States District Judge

Norfolk, Virginia
Date: August 4, 2021